**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kenneth Cartwright,

    Plaintiff,

        v.                                           Case No.   1:22cv038

d.e. Foxx & Associates, Inc.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**: The Court granted Defendant's Motion for Summary Judgment (Doc. 20).

Date: December 13, 2023                 Richard W. Nagel, Clerk
                                                    Clerk

                                        By:    *s/ Krista Zeller*
                                                    Deputy Clerk